21-20393- 4

Dear Judge Levy,

I am writing to respectfully request consideration for early termination of my supervised release.

I have completed all of the Court's recommended requirements. I entered the Residential Drug Awareness Program on April 15, 2024, and successfully completed it on January 24, 2025. Upon my release, I enrolled in an outpatient program on February 2, 2025, and completed it on May 27, 2025.

Through these programs, I have embraced the principles and values they teach, which have significantly improved both my recovery and overall mental well-being. Committed to continuing my personal growth, I took the initiative to enroll in The Greening of Detroit program, where I earned a certificate on March 3, 2025.

Shortly after completing that program, I secured employment with QMI Group on June 27, 2025. Since then, I have maintained stable employment and continued to strengthen my ties to the community and my family.

Your Honor, I respectfully ask that you consider my progress and allow me the opportunity to move forward with my life and fully reintegrate with my family and community.

Thank you for your time and consideration.

Sincerely,

Peter Burrell Jr.



FILED
MAY - 1 2026
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

U.S. POSTAGE
FCM LETTER
STERLING HEIGHTS
MI 48311
APR 30, 2026
**$6.08**
S2324N504360-10

48104

RDC 99

CERTIFIED MAIL

9589 0710 5270 3480 5696 75

From: Peter Bucrev
5931 Cromwell Cd
West Bloomfield
MI 48322

U.S. MARSHAL'S

To: Judge E Levy
200 E Liberty St.
Suite 300
ANN Arbor MI
48104

ReadyPost
Document Mailer

48104-21297S